**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 19, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00342-CV

———————

**IN RE J.W.B., A CHILD, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-07959J**

---

## M E M O R A N D U M   O P I N I O N

On April 11, 2012, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. In the petition, relator asks this court to order the respondent, the Honorable Angela Ellis, associate judge of the 315th District Court of Harris County, to vacate her temporary orders granting sole managing conservatorship of J.W.B. to the Texas Department of Family and Protective Services. Relator also requests a stay of the underlying trial proceedings.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. We do not have jurisdiction over an associate judge. *In re Texas Dept. of Family and Protective Servs.*, 348 S.W.3d 492, 495 (Tex. App.—Fort Worth 2011, orig. proceeding); *In re Reynolds*, No. 14-11-00002-CV; 2011 WL 32208 (Tex. App.—Houston [14th Dist.] Jan. 4, 2011, orig. proceeding) (mem. op.).

Accordingly, the petition for writ of mandamus is ordered dismissed and relator's request for stay is denied.

PER CURIAM

Panel consists of Justices Frost, Jamison, and McCally.